_FILED _RECEIVED
_ENTERED _SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEMARCUS DARRELL HOPKINS,<br><br>　　　　Defendant. | Case No.: 2:13-cr-____<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>DEMARCUS DARRELL HOPKINS<br>(ID#) 2653749 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DEMARCUS DARRELL HOPKINS** before the United States District Court at Las Vegas, Nevada, on or about the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

I/A & A/P Wed: 9/18/13
3:00 PM PAL 3B

DATED: September 4, 2013

_____
UNITED STATES MAGISTRATE JUDGE

```
                                    ___FILED        ___RECEIVED
                                    ___ENTERED      ___SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                         SEP - 4 2013

                                       CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                    BY:_____DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

6           UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7                     -oOo-

8

9  United States of America,              )  Case No.: 2:13-cr-343
                                           )
   Plaintiff,                              )  PETITION FOR WRIT OF HABEUS
10                                         )  CORPUS AD PROSEDUENDUM FOR
   vs.                                     )  DEMARCUS DARRELL HOPKINS
11                                         )
                                           )  (ID#) 2653749
12 DEMARCUS DARRELL HOPKINS,               )
                                           )
13 Defendant.                              )
                                           )

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **DEMARCUS DARRELL HOPKINS**, is committed by due process of law in the custody

16 of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the

17 said **DEMARCUS DARRELL HOPKINS** be temporarily released under a Writ of Habeas

18 Corpus Ad Prosequendum so that the said **DEMARCUS DARRELL HOPKINS** may be

19 present before the United States District Court for the District of Nevada, at City, State, on

   I/A & A/P Wed: 9/18/13
20 3:00 PM PAL 3B          hour of 3:00 p.m., for arraignment and from time to time and day to

21 day thereafter until excused by the said Court.

22      That the presence of the said **DEMARCUS DARRELL HOPKINS** before the United
                          I/A & A/P Wed: 9/18/13
23 States District Court on or ab  3:00 PM PAL 3B      hour of 3:00 p.m., for arraignment and

24 from time to time and day to day thereafter until excused by the Court has been ordered by the

   United

States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **DEMARCUS DARRELL HOPKINS** before the United States District Court on or ~~about~~ [I/A & A/P Wed: 9/18/13 3:00 PM PAL 3B] the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 4th day of September, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH, JR.
Assistant United States Attorney